**J. S. NOLEN, Plaintiff-Appellee, v. SUCCES-SION OF L. M. DAVIDSON, C. O. David-son, Administrator, Defendant-Appellant.**

No. 5934.

Court of Appeal of Louisiana.
Second Circuit.

June 28, 1939.

Goff & Goff, of Arcadia, for appellant.

Meadors & Gensler, of Homer, for appellee.

HAMITER, Judge.

For the reasons assigned in this court, 190 So. 826, this day decided, the order of executory process issued herein is approved and affirmed. Appellant shall pay the costs of this appeal.

**J. S. NOLEN, Plaintiff-Appellee, v. SUC-CESSION OF L. M. DAVIDSON, C. O. Davidson, Administrator, Defendant-Appellant.**

No. 5935.

Court of Appeal of Louisiana.
Second Circuit.

June 28, 1939.

Goff & Goff, of Arcadia, for appellant.

Meadors & Gensler, of Homer, for appellee.

HAMITER, Judge.

For the reasons assigned in this court, 190 So. 826, this day decided, the order of executory process issued herein is approved and affirmed. Appellant shall pay the costs of this appeal.